**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERNESTO ALVARADO, | ) | Case No. ED CV 15-2654-FMO (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| BRIDGETTE RECKSIEK, et. al., | ) | |
| Defendants. | ) | |

Pursuant to the "Order Dismissing Action Without Prejudice," IT IS ADJUDGED that this action is dismissed without prejudice.

Dated this 21st day of March, 2016.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE